Dear Honorable Judge Crotty:

I am deeply sorry for and ashamed of my criminal misconduct. I have harmed the victims of the penny-stock scheme and I have caused suffering for my family. There isn't a single day that goes by in which I don't look at myself in the mirror, think about my actions, and question how I could have done what I did. Never again will I make such a terrible mistake.

The pain that I have felt in the last 4 years has been excruciating. I have never been this irresponsible in my life. I know that my misconduct will affect my life forever and I would do anything to turn back the hands of time, but I understand that that can't happen.

I have done everything in my power to try and make things right. I cooperated with the government. I testified at trial. I didn't fight. I am still trying so hard to become a better person. Your Honor, I can't lie, some days it is very hard for me. I fall into a dark place and I get really depressed thinking about what I have done. I could not have made it through these bad years without my wife, three children and parents. I am also grateful for my lawyer, Ronald J. Nessim, from whom I have learned a lot. Your Honor, I believe I have grown so much as a person.

I have taught myself a new skill -- one that I am quite proud of and that will let me make a positive contribution to my community. It has taken me 2 years to learn from online videos how to build iOS phone applications and manage such projects. I now can take a phone application from the initial idea to a finished product. I can design the user interface, connect the user interface to the web services, and troubleshoot bugs in the application. My son Athanasios and I have been sketching a really cool idea for a phone application. I think it's great and I love doing it with him and watching how his mind works.

Teaching myself this new skill was not an easy process. I had to re-train my mind, and also devote significant time to learning and keeping up with the frequent changes in the technology, at the same time that I've been going through the legal process. The uncertainty and fear created by my situation make me want to give up some days. But I really love this profession and I feel I could be really good at it as I learn even more.

I also want to give back to my community and help people in other ways, as I have done in the past. I love St. Jude's Children's Hospital and I love helping kids. I'm also devoted to my church and its work in the community.

Your Honor, I have never asked for much in my life, but today I am asking you to please have mercy on me. I beg you Your Honor to allow me to work, take care of my family, and pay back society. I want to be the best person I can be and show you and the rest of my community how sorry I really am by making a difference in the lives of my family and others around me without asking for anything in return.

Thank you for taking the time to read my letter. I'm truly sorry from the bottom of my heart.

Fotis Georgiadis

Dear Honorable Judge Crotty,

This is a letter of character regarding my husband Fotis Georgiadis. My name is Candice Georgiadis I am a homemaker, jewelry designer and mother of our three children, our son Athanasios 9 years old, Alexia 6 years old and Angelina 6 years old. I have known my husband for 14 years. We were married in June 0f 2005. The character traits I would like to tell you about are what made me see he was my soul mate and partner in life. He is hardworking, dedicated family man, and a truly giving good-hearted person.

Since I have known him he has always been committed to helping anyone in need, even when we did not have anything to give. He has been a long time supporter of Saint Jude's Hospital and our church. My husband also helps his parents with translating for them and giving them rides to the doctors and the bank because they don't drive. My father in-law Athanasios , and my mother in-law Eftihia . They are both from Greece they speak very little English and rely on him, Fotis has been there for them since the day that I met him and it was one of the reasons I fell in love with him. A man that is so devoted and as frustrating at times it could be has never said NO to his Mother and Father. I believe if my husband was to be incarcerated that it would cause harm to his parent's health and it would also be extremely hard on our three children. Being so young it would deeply pain me for our children to have this kind of confusion and misunderstanding why they can't have their father with them. I know that neither the children nor Fotis could live a day without each other. They look forward to us both attending every school event or sports. My son and husband are extremely close my son looks up to him and looks for his help everyday with homework and projects. Athanasios our son has become very attached to Fotis he is always looking to him to go fishing, play ball or go biking around. He often just watches and observes my husband and then repeats his actions which is why Fotis is committed to being the best father and man he can be. I am afraid of what having Fotis separated from our son would do to him. Our son is an exceptional kid that Fotis and I would be devestated to see

him hurt from all of this. Our daughters are also attached to him they would be so confused and hurt to not have their Daddy around. We are both afraid for the mental and social wellbeing of our children that having my husband incarcerated would cause.

I have had long conversations with my husband about his wrong doings and how regretful he is about the mistakes he has made and the anguish it has caused our family and others. This entire experience has been extremely painful for my husband knowing that his actions caused harm to others has put him into a depression. He is not the same person he was when I met him he was always full of life and very confident, today he barely leaves the house. I know in my heart that he would never repeat his actions. My husband has in the last 3 years taken on a new career in Phone App Development. I have watched him teach himself about it by watching on line videos and researching for over a year. I feel that he can get out there and get a job in his field but he is also very scared and worried about his outcome that he falls in a depression on some weeks and it takes some time for me to get him back on track. His anxiety over this case is really bad, and sometimes I get really worried about his health. He has cooperated since day 1 and continued to do so as we all advised him that it was the right thing to do. He owned up to his mistake and didn't fight the government but only helped. I see the pain in him everyday, he tries hard to put a happy face on for the children and his parents and me but I can see his soul inside is hurting for what has happened. I wake to him pacing in the middle of the night and sometimes sobbing for the pain he has caused people and his family. If given a second chance I know he will pay back society and be an honest, hard working person and role model for our 3 young children. Your Honor Judge Crotty I plead with you to give my husband Fotis Georgiädis Leniency in his sentencing of probation I can not alone handle my business and helping his elderly parents and our three children alone. Please give us the chance to rebuild our life.

Sincerely,
Candice Georgiadis

3-12-15

Letter of Character for my son Fotis Georgiadis.

My name is Fr. Paul Pantelis Pastor of Norwich Holy Trinity Greek Orthodox Church. I am typing this letter in english for Eftihia Georgiadis because she is Greek and doesn't know how to speak or write in english.

*To the best of my knowledge - I attest the following to be accurate & worthy of consideration. + Fr. Paul Pan[telis], Priest*

To the Honorable Judge Crotty:

Your Honor my name is Eftihia Georgiadis I am the mother of Fotis Georgiadis. Your Honor I am 74 years old. I was born and raised in Greece. During my childhood we were very poor, we lived in a village with little population. I only completed the 4th grade, as I had to go and work at a very young age in the mountains raising sheep and goats. I went through War in Greece and experienced things that were hard for me at such a young age. I married young and my marriage was arranged. I knew Fotis's father as he was from the same village, but he had left early on in life to go to the City of Athens to work and help provide for his family back in the village.

We soon moved to Athens, thats where there was work. My daughters were left with my husbands parents to be raised as we had to work morning till night. This was very hard for me as a mother, but there were no other choices. After traveling for work throughout Europe, I was pregnant with Fotis and he was born in Germany. After having Fotis I knew that this no life to live, my son here with me in Germany and my daughters in Greece with my in-laws. I told my husband that we have to go back, that I couldn't take this any longer. My husband had a brother in America and called him and asked for a invitation to come and work. His brother agreed and said that it would take a few months, so we went back to Greece to get everything ready. I remember coming into the house in Greece awaiting hugs from my daughters, they didn't even recognize me. This was very hard to grasp, I felt heartache like never before. It was hard for my daughters to understand and now they had a brother and were really confused. I would try to explain myself in a subtle way to them so they could open up to me. It took some time and then our invitation to America came through and off we went.

Its 1977, here I am once again saying Goodbye to everyone and heading to a country that I heard about only by hearsay in a restaurant I was working at. We arrived in NY and it was scary, here I was with 3 kids and didn't understand anyone. But I knew this was the country that would give my children opportunities that I couldn't provide them in Greece.

With limited education me completing only the 4th grade and my husband only completing the 5th grade and not knowing the language, there was not much choice for work other than what we knew. So we immediately went to work in a Diner, my husband as a cook and me washing dishes and anything else that was needed. We were living all together in one house, me, my 3 children, my husband, his brother and wife, and his son. This was to much to handle. Soon we saved enough money and we moved to New London, Ct, there were people living there that were from the same town in Greece.

We didn't have a lot of money, we worked to live. My oldest daughter would take care of Fotis after school and also friends would watch all of the kids for us. Me and my husband worked 362 days a year from morning to night. This was very tough on all my kids, growing up and not seeing there parents often. I tried very hard to keep in the loop on what was going on in school and if they were having troubles somewhere. As tired as I would be I would try to be there for them as much as I could. Fotis completely grew up without his father around, my husband was always working and when he wasn't he was out of touch. I tried to be there for Fotis as much as I could and always talked to him about respect and drugs and hard work. I was deathly afraid of him falling into drugs because of his father not being around to guide him at all.

Fotis grew up to be an exceptional man. He is kind, courteous, respectful to his elders. He is an amazing father and husband. He has a great relationship with his wife, whom he loves dearly. His son Athanasios completely wants to walk and talk like my son Fotis and just follows everything he does. His twin girls Alexia and Angelina love there daddy. They need my son to be able to have that confidence growing up that a father gives to there daughters. Fotis is very patient with his children and although everything that is going on in this house, my son Fotis puts a smiling face on to not show that there is something wrong.

Your Honor, I am a mother and I brought my son into this world and know that behind that smile rests deep sorrow. For 4 years now this case has taken life out of my son, I can see this as his mother. He doesn't tell me much and I do ask all the time and all he says is Ma: Whatever happens know that I did the right thing by cooperating and it was the worse mistake I ever made and I accepted my responsibility.

Your Honor my son Fotis lived a tough life, as much as me and my husband wanted to be home it was hard. We lived in a not so good area. My son Fotis was home with my oldest daughter, He never complained about anything.

I would come home and he would have a big bucket of warm water and he would put salt in it and rub my feet. My son would say to me Mama one day you won't have to work like this and regardless of anything I will take care of you forever. My son always had a job, his first being a paper route. We went together to get it at The Day newspaper in New London, Ct. We walked in and my son did the talking. I didn't understand much other than he said Mama I got the job and it's 100 homes. We woke up in the morning before school and we did the homes together.

He used to love to be able to buy me things with the money he saved. I remember like it was yesterday he got a job as a dishwasher all by himself for this nice Jewish man named Richard Cash. My son would go to work after school on Friday and Saturday and Sunday. He would walk to work and walk home.

Several months had past and he told me he had a surprise coming up for me. Finally he had told me to sit down and presented me this box. I opened the box to find this gorgeous Seiko Watch my son had bought. I completely broke down when I saw this watch, not because of the watch but because he had remembered me seeing a commercial and me saying one day I will look pretty like this and wear a watch like that lady on TV and we will go out to dinner Fotis. My son worked so hard and had put this watch on lay-away for me to feel pretty. He told me Mama this

watch is a symbol of how much you mean to me and how much I love what you sacrificed for me.

Your Honor the feeling at that moment for me is unexplainable. I still have this watch today and I look at it and think of not the watch, but of the kind, and respectable son I have with a heart of gold.

There are so many stories I can go into Your Honor, my son Fotis didn't get to play any sports, he had to work. My son had to go to Parent/Teacher conferences and explain to me what the teachers were saying.

He had to explain everything to us from doctors to bills and banks and pretty much everything. My son still today does everything for me and my husband. At times it is awkward and he feels uncomfortable and he stills says its OK Mama I love you. He has never said NO to me, at times I can be difficult and he just takes it in and walks away.

Your Honor I don't understand much about the Stock Market and my son tried to explain to me what he did. I do know what he did was wrong and he told me so, he said Mama I did wrong, people got hurt and I don't even know who they are so I can get on my knees and say I am sorry and the prosecutors want to charge me for this.

I am not going to fight the Government of the United States that provided us with the ability to work and own our own business. I am sorry Mama for this embarrassment and let down. My son went into a complete meltdown and to this day he feels the pain he has caused others and is very remorseful Your Honor.

My son is active with St.jude's Children's Hospital, he thinks the world of them. He says its one of the best things that has ever happened to fight this disease. My son feels that the worse feeling on earth is being a helpless parent and this hospital gives you a chance even if you can't afford it.

Your Honor I today feel like a helpless parent, I wish I can take his punishment. I know I can't and this is something he will have to face on his own. I leave you with this Your Honor, my son Fotis regrets what he has done. He will always fight to regain himself, he will fight to make things right. I know my son will pay forward as he always has done even as a young boy.

I Plead with you Your Honor PLEASE spare my boy, this has taken a toll on him and in a not so good way. PLEASE be lenient with Probation so he can at least rebuild and get a job and be here for his family. If my son is to be incarcerated it will be very tragic on his children and his wife. Me and my husband will be lost without him and my daughter-in-law can't understand greek. I pray to God that you may hear a mother's wish. Thank You for taking this time to read this about my son.

Sincerely Yours, Eftihia Georgiadis

02/20/2015

To The Honorable Judge Crotty,

My name is Zeev Helfer, I was the president and CEO of Cardiac Network Inc.
As you know I testified against the investors to Cardiac Network Inc.

I'm here to clarify and state that Mr. Fotis Georgiadis took a very small part in the events that brought to the unfortunate closure of Cardiac Network Inc. I know Fotis Georgiadis and his family from the day that he invested in our company. He is a man that takes care of his parents most of his life. I remember clearly when I had to take a meeting in LA he told me to come stay at his home and not waste money on a hotel. I saw there first hand how he was a family man and cared for his parents. I also got to witness how he cared for his wife very deeply and for his son at the time. I know Fotis made a mistake and he owned up to it and I believe that he has remorse and this is very painful for him. I know this because he is not one that can intentionally hurt someone. He funded Cardiac as promised and I believe if it was the other way around the company would have not received a penny from David and Donna. His parents are elders and they rely fully on him to translate at doctors and everything else that is needed. It will be very hard on his parents if Fotis was to receive incarceration. He is a really great Father as well to his 3 children and I can tell you is that all he ever talked about was his family and how much he loves his wife and kids and his parents. This has taken a toll on him and has been very brutall. Fotis is kind hearted and I know will do everything in his power to pay back to society.
Today after some time past by, I can tell that Fotis Georgiadis was manipulated by David and Donna Levy like all of us!!!
I know that Fotis regrets his contact with David and Donna Levy!
Your honor Judge Crotty I forgive Mr. Fotis Georgiadis and I ask you to forgive Fotis and his family as well.

Sincerely yours,

*Z. Helfer*

Zeev Helfer
786-405-8204

1



St. Ann Melkite Greek-Catholic Church
41 Cross Road
Waterford, CT 06385-1698

March 2, 2015

Honorable Judge Crotty,

This is a letter of character for Fotis Georgiadis. My name is Father Edward Kakaty, pastor of St Ann Melkite Greek Catholic Church in Waterford, CT. It is a very small parish of only 71 families, mostly immigrants from Lebanon's civil war.

We have a statue of St. Jude in our chapel which is open 24 hours a day, so people can pray and light candles. Many have experienced miraculous healings and God's grace.

A number of years ago, we needed a new roof, as well a new furnace for the church and rectory, and we had no money to pay for them. One day, I found a check for $25,000 in the St Jude donation box. Then, another check for $5000, then another for $2500. The first two were cashiers checks, but the third had a name: Bedrock Ventures. I backtracked and found the owner: Fotis Georgiadis! I sent him a letter of profound gratitude and told him how desparate we were for money for the roof and furnace, which we were able to install, thanks to his generosity. A man who wasn't a member of our church!



2 of 3

**St. Ann Melkite Greek-Catholic Church**
41 Cross Road
Waterford, CT 06385-1698

Then I received a call from Fotis, telling me how much he was devoted to St Jude and that he met Danny Thomas' children. He wanted to erect marble/granite statue/shrine of St Jude in front of our church.

But then he called back, telling me to hold off on the shrine as he was having financial difficulties and he had to return to Connecticut with his family; including his elderly parents, who speak only Greek, no English. His wife and three children, ages 9 and 6 (twin girls), don't speak Greek at all. His parents totally rely on Fotis for doctor's appointments and translating for them. They obviously cannot drive. Fotis only completed the 10th grade of school.

He confided to me his sorrow for doing wrong and accepts responsibilities for his actions. I ask for clemency based on his past generosity. He helped our church anonymously never looking for credit or recognition.



**St. Ann Melkite Greek-Catholic Church**
41 Cross Road
Waterford, CT 06385-1698

Fotis is needed by his elderly parents, his wife, and his three children.

I pray and beg you to give him another chance, Your Honor!

If he were to be imprisoned, God forbid, his wife could never take care of his elderly, Greek-speaking parents, plus raise their three children alone.

I truly believe Fotis is remorseful and truly sorry. I can see the last four years has had a tremendous impact on him.

Asking for your mercy and compassion Your Honor, I am

Sincerely yours in Christ God,
(Rt. Rev.) Edward Hakaty, pastor

# Inspirational Impressions

19 Stone Ranch Road, East Lyme CT 06333 Home: (860)739-2003 - inspirationalimpressions@msn.com

February 20, 2015
Dear Honorable Judge of the Court,

I am writing a letter of character regarding Fotis Georgiadis. I, Laura Salafia have known of Fotis since 2005, prior to his marriage to Candice Georgiadis. I first met Fotis when he came to my office, in search for an appointment. Over time Fotis became my friend. As long as I have known Fotis, I have known him to be a hard-working, inspired, family man.

Fotis is the central figure in his family, which entails his wife, son, twin daughters, and his aging parents. I believe his absence would have a tremendous adverse affect upon his entire family.
Fotis is not only the Central Figure for his large family, but also reaches out to help others. Fotis has a wonderful sense of community. He supports St. Jude's Children's Hospital and the Greek Orthodox Church, which he holds very close to his heart; this I find to be truly enlightening.
Since returning back to Waterford, CT, Fotis has made great gains. He no longer affiliated with any past associates, which brought him to this point. With higher priorities in Fotis's life, he is no longer a risk taker. Nor would put himself or his family in any compromised positions. Fotis has reformed his views on business.

Personally, I believe he has learned great lessons within the last few years. I know he has his family and parents in his best interest, it shows. In the instance that Fotis would serve time, the hardship that would be placed upon his wife,

children and elderly parents, would be unimaginably devastating to the entire family.

Fotis is not a risk to society, in anyway . I am asking you Honorable Judge, to grant leniency of Probation on this father, husband, and son. Thank you so very much for your time and consideration.

Best Regards,

Laura Spring Salafia

(860) 739-2003 inspirationalimpressions@msn.com

February 23, 2015

Re: Fotis Georgiadis

Dear Sir or Madam,

This is a character letter regarding Fotis Georgiadis.

I have known Fotis Georgiadis for nearly three years. I believe I am in a position to speak to Foti's moral character, so I hope you will take this letter into account when making your decision.

Foti is in short, a good person. In November of 2012, my childhood best friend, Angi Scaglione was diagnosed with stage IV metastatic melanoma cancer. She was prescribed a new treatment drug called Zelboraf, which at the time had doubled the success rate of cancer patients. However, this medicine came at a very high price tag of $10,000 a month, something that her military family just could not afford. Her husband was faced with the choice of having to deploy in order to help pay for the medication or stay home to help take care of his wife and 2 young girls. I was desperate to help in any way I could and started a campaign called 5forAngi. I made a video and sent it around to everyone I knew-somehow it ended up reaching Fotis. I had never met him before, but Angi's story touched him and he reached out to me offering finical assistance, and to host a webpage to help raise money for her family. Over the next few weeks, the campaign raised enough money to cover her treatment. Unfortunately, my dear friend lost her battle in January 2013. Without the help of Fotis Georgiadis, I am not sure that we would have raised the funds to cover the drug.

Foti possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and the others you're receiving, and understand that Foti is the kind of person around whom people rally. That has to say something, so please let that be a factor in your decision.

Should you have any questions, please feel free to contact me.

Thank you for your time,

Kristi Haivala
khaivala@gmail.com

3/1/15
RE: Fotis Georgiadis

To: Honorable Judge Crotty

I am Dore' Charbonneau and I work for a national children's charity. I have known Fotis since 2009 when he contacted me because he wanted to discuss ways he could make a positive difference the children served through our organization.

Fotis became a generous friend to our charity and attended fundraising events, participated in auctions and even hosted a large reception in his home to introduce our new CEO to our other supporters in the area. He sincerely cares about our work and has often shared his enthusiasm with others. We are truly grateful for his kind support.

I have found Fotis to be a loving, dedicated family man to his wife Candice and his 3 children. Fotis also takes care of his elderly immigrant parents who live with his family. Fotis takes care of translating for his parents for all of their normal everyday activities like doctor visits and going to the bank. The language barrier is a tremendous hardship for his parents as well as their age. I have always been impressed by Fotis's commitment to take care of his family, including his elderly parents.

Fotis and I share a faith in God and have had many discussions about spiritual matters. When he was living in California, Fotis and his family attended St. Sophia's Greek Orthodox Church. I was delighted to learn the priest was a mutual acquaintance.

On several occasions Fotis and I have had the opportunity to pray together.
I consider Fotis and his family to be friends and believe that he has made mistakes and has learned from them. In all my experience with Fotis, he has always been a person of good character.

Respectfully submitted,
Dore' Charbonneau
Djcconsulting@aol.com

03-05-2015

RE: Fotis Georgiadis

Honorable Judge of the District Court:

This is a letter of character regarding Fotis Georgiadis.

My name is Robert G. Mendez, Owner & Chief Executive Officer of Mendez & Clark Ventures, Inc, a real estate investment and development firm located in Los Angeles, CA. I have been a close and dear friend of Fotis Georgiadis and his family for 10 years. I know Fotis as well as about any other person other than his immediate family could.

I know him to be an industrious, hardworking, family man who is community minded and other-centered. He has worked hard in his church, family and, in fact, worked very hard in his new finding career as a software / application developer.

I am aware of the events regarding Fotis' guilty plea. I truly believe that Fotis' has already suffered extensively for his actions. He has lost credibility in the public eye, and I believe he is truly despondent regarding what he has put his family through. He is a good family. Fotis' mother, father, wife and three children are certainly not deserving of what they have been through. Fotis' is the sole surviving son for his aging mother & father, and it is my belief that an extended prison sentence will cause significant harm to the health of his aging parents. There depend on him for doctor visits and translating and they live together with him because of the need they have for everyday life.

I believe that an extended prison term will serve as a tremendous hardship for his wife, who will bear the responsibility of trying to deal with everything kids, debt, and his parents that don't really understand the language barrier. I believe that Fotis' son and daughters will be tremendously adversely affected if he is required to go to prison. They are at very fragile ages and need their father's love, guidance and presence to grow and evolve into the solid citizens they have the potential to become.

Because of the significant difficulties that will be faced by this family, who themselves were blameless in this crime, I would ask you, Your Honor, to please grant Fotis a sentence of probation. I believe that the loss of his credibility, and the loss of respect in the community, as well as those freedoms he was afforded prior to his felony conviction, may have taken a bigger effect than keeping him out of the work force. He certainly will not be in a position to be able to repeat his offense, and quite frankly, I cannot imagine that he will ever repeat any illegal activity again. So I plea with you Your Honor, let Fotis stay home and pay back to the Community, Society, and in hopes of regaining a new life.

Yours truly,

Robert G. Mendez
rmendez@mcvinc.com