PREET BHARARA
United States Attorney for the
Southern District of New York
By: HOWARD S. MASTER
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2248

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,    :

                        :     DECLARATION OF PUBLICATION

       -v-

                        :     S5 11 Cr. 62 (PAC)

DAVID LEVY, et al.,        :

             Defendants.    :
------------------------------x

        I, HOWARD S. MASTER, pursuant to Title 28, United States Code, Section 1746, hereby declare under penalty of perjury, that:

        1.   I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York;

        2.   Attached to this declaration are (1) a true and correct copy of a notice of criminal forfeiture in this action, and(2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 23, 2014 as required by Rule G(4)(a)(iv)(C)of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

3.    Both of the documents were obtained from a

Consolidated Asset Tracking System maintained by the Department of

Justice.


Dated:    New York, New York
          December 18, 2015


                                    _____/s/_____
                                    HOWARD S. MASTER
                                    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## COURT CASE NUMBER: S5 11 CR 62 (PAC); NOTICE OF FORFEITURE

Notice is hereby given that on January 24, 2014, in the case of <u>U.S. v. David Levy et al</u>, Court Case Number S5 11 CR 62 (PAC), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

All funds on deposit in Account Number 0359823564, held in the name of DML Marketing Corp., at Bank United; (14-DEA-606592)

All funds in Account Number 01506010885 held in the name of Bluefin Financial Group, at Capital Bank, Panama (14-DEA-606594)

All funds in Account Number 01122000037 held in the name of Udino Investment, Inc., at Capital Bank;(14-DEA-606596)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 23, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY 10007, and a copy served upon Assistant United States Attorney Andrew Goldstein, One St. Andrew's Plaza, New York, NY 10007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 23, 2014 and January 21, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. David Levy et al

**Court Case No:**      S5 11 CR 62 (PAC)
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/23/2014 | 24.0 | Verified |
| 2 | 12/24/2014 | 23.9 | Verified |
| 3 | 12/25/2014 | 24.0 | Verified |
| 4 | 12/26/2014 | 24.0 | Verified |
| 5 | 12/27/2014 | 24.0 | Verified |
| 6 | 12/28/2014 | 24.0 | Verified |
| 7 | 12/29/2014 | 24.0 | Verified |
| 8 | 12/30/2014 | 24.0 | Verified |
| 9 | 12/31/2014 | 24.0 | Verified |
| 10 | 01/01/2015 | 24.0 | Verified |
| 11 | 01/02/2015 | 23.9 | Verified |
| 12 | 01/03/2015 | 24.0 | Verified |
| 13 | 01/04/2015 | 24.0 | Verified |
| 14 | 01/05/2015 | 24.0 | Verified |
| 15 | 01/06/2015 | 24.0 | Verified |
| 16 | 01/07/2015 | 24.0 | Verified |
| 17 | 01/08/2015 | 24.0 | Verified |
| 18 | 01/09/2015 | 24.0 | Verified |
| 19 | 01/10/2015 | 24.0 | Verified |
| 20 | 01/11/2015 | 24.0 | Verified |
| 21 | 01/12/2015 | 24.0 | Verified |
| 22 | 01/13/2015 | 23.9 | Verified |
| 23 | 01/14/2015 | 23.9 | Verified |
| 24 | 01/15/2015 | 24.0 | Verified |
| 25 | 01/16/2015 | 24.0 | Verified |
| 26 | 01/17/2015 | 24.0 | Verified |
| 27 | 01/18/2015 | 24.0 | Verified |
| 28 | 01/19/2015 | 24.0 | Verified |
| 29 | 01/20/2015 | 24.0 | Verified |
| 30 | 01/21/2015 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.